**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*1301 Clay Street, Suite 340S*  *(510) 637-3717*
*Oakland, California 94612*  *FAX:(510) 637-3724*
 *E-Mail: shashi.kewalramani@usdoj.gov*

December 10, 2007

**VIA E-FILING**
The Chambers of the Honorable Wayne D. Brazil
1301 Clay Street, 3rd Floor
Oakland, CA 94612

    RE:    United States v. Lindsey Bertelson, CR 07-00780 MJJ

Dear Judge Brazil:

Enclosed for the Court's review is a copy of the Information charging Ms. Bertelson with five counts of Mail Fraud, in violation of 18 U.S.C. § 1341. The parties respectfully request that this matter be placed on the Court's calendar this morning at 10 a.m. for an initial appearance and waiver of Indictment.

Sincerely,

SCOTT N. SCHOOLS
United States Attorney


By:    _____/s/_____
    H. H. (SHASHI) KEWALRAMANI
    Assistant United States Attorney

Encl.