# United States District Court

___Northern___ DISTRICT OF ___California___

UNITED STATES OF AMERICA

V.

LINDSEY BERTELSON

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-07-00780 MJJ

FILED
DEC 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I, ___Lindsey Bertelson___, the above named defendant, who is accused of

___Violation of Title 18, U.S.C. Sec. 1341 - Mail Fraud (5 Counts with Forfeiture Allegation)___

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___Dec. 10, 2007___ / Date prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

___Lindsey Bertelson___
Defendant

___[signature]___
Counsel for Defendant

Before ___Wayne D. Brazil___  12-10-07
Judicial Officer