UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**THE HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Monica Tutson**

Date: **January 10, 2008**   [**2:38 - 3:18 pm**]          Court Reporter: **Connie Kuhl**

Case No:   **CR07-00780-1 MJJ**

DEFENDANT:   **LINDSEY BERTELSON**   (**x**) Present   () Not Present   () In Custody

AUSA:   **Shashi Kewalramani**          DEF ATTY:   **Michael Thorman**

Interpreter:          Probation Officer:

TYPE FOR HEARING:   **Change of Plea**

Motion(s), if any, to be filed on or before:
Opposition due:
Reply(s)

ORDER AFTER HEARING(S):
- Court accepts Stipulation for factual basis for entry or plea. Application to Enter Guilty Plea accepted and filed. Court reserves acceptance of Plea Agreement pending review of Pre-Sentence Report. Court finds defendant **guilty** as to **count 1** of the information. Government agrees to dismiss any open charges (counts 2-5) pending against the defendant.

PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:   **April 11, 2008 at 2:30 pm (Oak #4)**          for   **Sentencing**

BASIS TO EXCLUDE TIME GRANTED FOR:          Thru

JUDGMENT:

Notes: