**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   USA,                                No. CR-07-00780 SBA
12              Plaintiff,               **CLERK'S NOTICE**
13      v.
14   BERTELSON,
15              Defendant.
     _____/
16
17          The Judgment & Sentencing  in this case has been rescheduled before Judge Armstrong on
     April 29, 2008, at 10:00 a.m.
18
     **Plaintiff's Counsel is responsible to serve all parties that are not currently enrolled in the e-**
19   **filing program with a copy of this Clerk's Notice. Following service plaintiff shall file a**
     **certificate of service with the Court.**
20
21   Dated: 3/4/08                       FOR THE COURT,
22                                        Richard W. Wieking, Clerk
23                                        By: _____
24                                            LISA R. CLARK
                                              Courtroom Deputy
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California