1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, California 94612
     Telephone: (510) 637-3680
7    Facsimile: (510) 637-3724
     E-Mail: daniel.kaleba@usdoj.gov
8

9  Attorneys for Plaintiff

10             UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                 OAKLAND DIVISION

13  UNITED STATES OF AMERICA,      )     No.  CR 07-00780 SBA
                                   )
14          Plaintiff,             )
                                   )     NOTICE OF SUBSTITUTION OF
15     v.                          )     ATTORNEY
                                   )
16  LINDSEY BERTELSON,             )
                                   )
17          Defendant.             )
                                   )
18

19     Please take notice that as of April 22, 2008, the Assistant United States Attorney

20  whose name, address, telephone number and e-mail address listed below is assigned to be

21  counsel for the government.

22                  DANIEL R. KALEBA
                 Assistant United States Attorney
23                 1301 Clay Street; Suite 340S
                   Oakland, California 94612
24                  Phone: 510/637-3680
                    Fax: 510/637-3724
25             E-mail: daniel.kaleba@usdoj.gov

26     The Clerk is requested to change the docket sheet and other court records so as to

27  reflect that all orders and communications from the court will in the future be directed to

28  ////


SUBSTITUTION OF ATTORNEY

1  AUSA Daniel R. Kaleba at the above mailing address, telephone number, facsimile

2  number and e-mail address.

3

4

DATED:  April 22, 2008                    Respectfully submitted,

5
                                          JOSEPH P. RUSSONIELLO
6                                         United States Attorney

7

8                              _____/s/_____
                               DANIEL R. KALEBA
9                              Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEY