UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 4/29/08

CR 07-00780SBA                          JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

BERTELSON                               Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)

<u>DANIEL KALEBA</u>                         <u>MICHAEL THORMAN</u>
U.S. ATTORNEY                           ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark             <u>STARR WILSON</u>
                                        Court Reporter

_____                      <u>SARAH BLACK</u>
Interpreter                             Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING: JUDGMENT & SENTENCING AS TO CTS. 1 OF THE INFORMATION - HELD**

**RESULT OF HEARING: GOVERNMENT'S MOTION TO DISMISS COUNTS 2 THRU 5 OF THE INFORMATION - GRANTED; DEFENDANT TO SELF SURRENDER ON 6/13/08**

**JUDGMENT: 12 MONTHS BOP; 3 YEARS SUPERVISED RELEASE; $100.00 SPECIAL ASSESSMENT; $60,219.00 RESTITUTION SEE JUDGMENT & COMMITMENT ORDER FOR SPECIFICS**

**PROCEEDINGS**

Case Continued to_____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
Case Continued to_____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:____Days/weeks) at 8:30 a.m.
Case Continued to_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____ for Change of Plea @ 11:00 a.m.