Michael P. Thorman, State Bar No. 63008
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Drive, Suite 312
Hayward, CA 94544
(510) 785-8400
michael@btbandb.com

Attorneys for Defendant
Lindsey Bertelsen

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR-07-00780-1 SBA |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER CORRECTING SENTENCE |
| LINDSEY BERTELSON | |
| Defendant. | |

Upon motion of the defendant to correct her sentence pursuant to Federal Rule of Criminal Procedure 35 (a), and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that defendant's sentence of twelve months be corrected and a sentence of twelve months and one day is imposed. All other terms of the judgment remain unchanged.

DATED: MAY ___, 2008

_____
SANDRA BROWN ARMSTRONG
U.S. DISTRICT COURT JUDGE

1