05/19/2008 01:55 PM EST

Version 7.0.1

# Case Debt Type Payment Report
## U.S. Courts

Oakland

| Party # | Party Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
| 001 | LINDSEY BERTELSON | DCAN407CR000780 | 504100 | US VS BERTELSON SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 44611002190 | 1 | PR | 100.00 | 05/14/2008 |

Division Payment Total    100.00

Grand Total    100.00

$ 100.00  SPECIAL ASSESSMENT PAID IN FULL    bn  5/14/08

FILED MAY 21 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Page 1 of 1